SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Thrifty Payless, Inc., et al,<br><br>          Defendants | Case No. **2:09-cv-01334-GEB-GGH**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: August 10, 2009<br>Time: 9:00am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from August 10, 2009 to September 21, 2009. Plaintiff has granted Defendant, Thrifty Payless, Inc., an extension until July 29, 2009 to respond to the complaint. A continuance to September 21, 2009 for the status conference will give the Defendants ample time to answer Plaintiff's complaint.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-01334-GEB-GGH - 1

Dated:  July 22, 2009             /s/Scott N. Johnson _____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the status conference is continued to September 21, 2009, commencing at 9:00 a.m.

8/4/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-01334-GEB-GGH - 2