IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                               No. CIV S-09-1334 KJM GGH

    vs.

THRIFTY PAYLESS, INC., et al.,         ORDER TO SHOW CAUSE

    Defendants.

_____/

        On April 20, 2011, plaintiff notified the court that this case had settled and the court directed the parties to file their dispositional documents by May 20, 2011.  The parties have not responded to this order or sought additional time in which to comply.

        IT IS THEREFORE ORDERED:

        1.  The dispositional documents shall be filed no later than July 1, 2011; and

        2.  Counsel are directed to show cause, within fourteen days of the date of this order, why they should not be sanctioned for failing to comply with this court's order.

DATED:  June 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

2/john1334.osc

1